UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>LE BIARRITZ RESTAURANT, INC., a California Corporation; CHICKEN COOP, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 8:15-CV-01160-JLS-JPR<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 22, 2015    JOSEPHINE L. STATON
                            HONORABLE JOSEPHINE L. STATON
                            UNITED STATES DISTRICT COURT JUDGE